UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADELINE FRANCOIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORSTER & GARBUS, LLP;<br><br>Defendants. | Civil Action No. 3:21-cv-20664 (RLS) |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on December 7, 2022 at 10:00 a.m. [ECF No. 16] or as soon thereafter as counsel may be heard, Plaintiff, ADELINE FRANCOIS, on behalf of herself and all others similarly situated, and Defendant FORSTER & GARBUS, LLP (collectively referred to herein as "the Parties") will move this Court before the Honorable Rukhsanah L. Singh, USMJ, United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7W, Trenton, New Jersey 08608, for entry of an Order certifying this case to proceed as a class action for settlement purposes and granting final approval of the Parties' class settlement agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), the Parties rely upon the enclosed Brief and Certification of Joseph K. Jones, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

Dated:  New York, New York
        November 30, 2022

/s Benjamin J. Wolf                          /s Deborah Isaacson
Benjamin Wolf, Esq.                          Deborah Isaacson, Esq.
Jones, Wolf & Kapasi, LLC                    Rivkin Radler

<div style="display: flex;">

375 Passaic Avenue, Suite 100  
Fairfield, New Jersey 07004  
(973) 227-5900 telephone  
(973) 244-0019 facsimile  
bwolf@legaljones.com  
*Attorneys for Plaintiffs*

477 Madison Avenue, Suite 410  
New York, New York 10022  
(212) 455-9549 telephone  
(212) 687 9044 facsimile  
Deborah.Isaacson@rivkin.com  
*Attorneys for Defendant*

</div>